UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------------- X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

: 3:09-md-02100-DRH-PMF

: MDL No. 2100

:

----------------------------------------------------------------

**This Document Relates to:**

**Hunnicutt v. Bayer HealthCare Pharmaceuticals, Inc. et al., No. 3:10-cv-11044-DRH-PMF**

: Judge David R. Herndon

**ORDER**

## ORDER

**HERNDON, Chief Judge:**

The law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. ("Burg Simpson"), through Calvin S. Tregre, Jr., Esq., moves for leave to withdraw as counsel of record for Plaintiff, Lauralee Hunnicutt. After considering Movant's motion the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. Accordingly, the motion is **GRANTED**

and the law firm of Burg Simpson is terminated as Plaintiff's counsel in this matter.[1]

**Further**:

1. The Court directs Movant to serve a copy of this order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

2. **Supplementary Entry of Appearance:** Should Plaintiff choose to continue pursuing this action, Plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**,

---

[1] Michael S. Burg, however, will continue to act as in his capacity as Co-Lead Counsel for Master Case File MDL 2100 and as a result, will continue to be identified as counsel in this matter.

3. **Plaintiff Fact Sheet Extension**:   If Plaintiff or her new counsel timely files a supplementary entry of appearance she will be given 45 days from the entry of her or her new counsel's appearance to serve her Plaintiff Fact Sheet, pursuant to Case Management Order #12.  If Plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, Plaintiff's action will be subject to dismissal without prejudice for failure to comply with this Order and with her Plaintiff Fact Sheet requirements.

**SO ORDERED:**

David R. Herndon
2011.01.19 11:17:42
-06'00'

**Chief Judge**                                                                                                    **Date: January 19, 2011**
**United States District Court**