UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lauralee Hunnicutt v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-11044-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 20, 2015 (Doc. 15), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.20 15:59:23 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT